IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCARTNEY,

    Petitioner,                    No. CIV S-06-2504 MCE KJM P

    vs.

DIRECTOR OF DEPARTMENT OF
CORRECTIONS ("DOC"), et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 , together with a request to proceed in forma pauperis. In his application, petitioner challenges the results of a disciplinary hearing and inadequacies in the institutional appeals from that hearing, which was held at Sierra Conservation Center, which is in Tuolumne County. Tuolumne County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

1

1 court.  This court will not rule on petitioner's request to proceed in forma pauperis.

3         Good cause appearing, IT IS HEREBY ORDERED that:

4         1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

5         2.  This action is transferred to the United States District Court for the Eastern

6 District of California sitting in Fresno; and

7         3.  All future filings shall reference the new Fresno case number assigned and

8 shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

12 DATED:  November 20, 2006.

_____
U.S. MAGISTRATE JUDGE

16 2/
mcca2504.109

2